IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **GENWORTH LIFE AND ANNUITY INSURANCE COMPANY,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BARBARA ASHMORE, ELLEN BLUMENTHAL, and SAMUEL TOPEK,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§  Civil No. 4:20-cv-244-SDJ-KPJ<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Pending before the Court is Plaintiff Genworth Life and Annuity Insurance Company's ("Plaintiff") Motion to Deposit Funds into the Court's Registry (the "Motion") (Dkt. 3), wherein Plaintiff requests that the Court allow it to deposit $82,160.77 (the "Disputed Proceeds"), plus any interest thereon from the date of the measuring life's death through March 25, 2020, into the Court's registry pending final resolution as to the party or parties entitled to recover them. Upon consideration, the Court finds the Motion (Dkt. 3) is **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff shall deposit the Disputed Proceeds, plus any interest thereon from the date of the measuring life's death through March 25, 2020, into the registry of the Court, pending final resolution of this case or further order of the Court. The check should be made payable to the "U.S. District Court, Texas Eastern."

**IT IS FURTHER ORDERED** that the Clerk of Court shall deposit these funds into an interest-bearing account of the registry.

So ORDERED and SIGNED this 20th day of April, 2020.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE