**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **GENWORTH LIFE AND ANNUITY INSURANCE COMPANY** | ) ) ) |
| **Plaintiff** | ) ) |
| v. | ) ) |
| **BARBARA ASHMORE, ELLEN BLUMENTHAL and SAMUEL TOPEK** | ) ) ) ) |
| **Defendants** | ) ) |

Civil Action No.: 4:20-cv-00244

**STIPULATED MOTION FOR DISBURSEMENT OF FUNDS AND MOTION FOR DISMISSAL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now Defendant Barbara Ashmore, Defendant Ellen Blumenthal, and Defendant Samuel Topek and for their Stipulated Motion for Disbursement of Funds and Motion for Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) state as follows:

1. Genworth Life and Annuity Insurance Company ("Genworth") brought this interpleader action pursuant to Fed. R. Civ. P. 22 to determine the proper beneficiary of its Single Premium Whole Life Insurance Policy No. 02189996 (the "Policy") that had been issued to Carol F. Topek ("Insured") after applying in August 1987.

2. On December 17, 2019, Genworth received notice that the Insured had died.

3. Due to Decedent Carol F. Topek's passing, the Policy benefits became payable.

4. At the time Genworth brought this action, Genworth was subject to competing claims for the policy benefits.

5. All Defendants have answered Genworth's interpleader complaint. No Defendants have asserted a crossclaim or counterclaim.

6. All Defendants have reached an agreement that Defendant Barbara Ashmore and Defendant Ellen Blumenthal are the only proper beneficiaries in equal shares.

7. On June 16, 2020, Judge Sean D. Jordan ordered and signed the Order Granting Plaintiff's Agreed Interpleader Relief and Genworth was dismissed from this case.

8. There is no longer any claim, controversy, or dispute such that the interpleader is necessary.

WHEREFORE, the Parties respectfully request the Court order that the funds held in the Court's registry be disbursed evenly (50% / 50%) between Defendant Barbara Ashmore and Defendant Ellen Blumenthal and the dismiss this action with prejudice.

**Respectfully submitted,**

**The Ashmore Law Firm, P.C.**

**By: /s/ *Michael Sheppard Sands***
**Michael Sheppard Sands**
**Texas Bar No. 00786225**
**3636 Maple Avenue**
**Dallas, TX  75219-3908**
**Tel. (214) 559-7202**
**Fax. (214) 520-1550**
**ssands@ashmorelaw.com**
**Attorney for Defendant Barbara Ashmore and Defendant Ellen Blumenthal**


**By: /s/ *Bertrand C. Moser***
**Bertrand C. Moser**
**Texas Bar No. 14572000**
**2415 Robinhood St**
**Houston, TX**
**Tel. (713) 807-7455**
**Fax. (713) 807-0051**
**bcmoser@sbcglobal.net**
**Attorney for Samual Topek**